**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LUIS GERARDO MORAN PEREZ** | **CIVIL DOCKET NO. 1:26-CV-2218** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN CORRECTIONAL ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

# ORDER

Considering Petitioner Luis Gerardo Moran Perez's MOTION TO VOLUNTARY DISMISS HABEAS PETITION (the "Motion") [Doc. 11];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Luis Gerardo Moran Perez is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 28th day of August 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE